1 | **DANIEL S. GLASS   SBN 140819**
**ATTORNEY AT LAW**
2 | **1006 Fourth St.  Tenth Floor**
**Sacramento, CA 95814**
3 | (916) 447-5697

4 | ATTORNEY FOR PLAINTIFF
BARBARA EKNO

5 |

6 | **ANDREW M. ALTSCHUL SBN 226008**
**BUCHANAN, ANGELI ALTSCHUL, LLP**
**321 S.W. 4th Ave., Ste. 600**
7 | **Portland, Oregon   97204**

8 | ATTORNEYS FOR DEFENDANT
NORTHWESTERN MUTUAL LIFE
9 | INSURANCE COMPANY

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| BARBARA EKNO | CASE NO. 2:06 CV 02148 RRB EFB |
|---|---|
| Plaintiff, | **STIPULATION AND REQUEST FOR ORDER EXTENDING PLAINTIFF'S TIME TO FILE A NOTICE OF APPEAL AND EXTENDING DEFENDANT'S TIME TO FILE A MOTION FOR ATTORNEY FEES** |
| v. | |
| NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY, | |
| Defendants. | |
| _____/ | |

Plaintiff BARBARA EKNO and defendant NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY respectfully submit the following Stipulation and seek an Order from the court extending plaintiff's time to file a Notice of Appeal for 30 days and defendant's time to file a Motion for Attorney Fees for 30 days.

**RECITALS**

1) On March 20, 2008 the above captioned court rendered a Memorandum of Opinion and Order regarding the above captioned matter.  The conclusion of the Order was

```
STIPULATION AND REQUEST FOR ORDER EXTENDING
PLAINTIFF'S TIME TO FILE A NOTICE OF APPEAL AND
EXTENDING DEFENDANT'S TIME TO FILE A MOTION FOR ATTORNEY FEES
```
1

that the court denied plaintiff's motion for summary adjudication and granted defendant NWML's motion for summary judgment.

2) On March 20, 2008 the court entered a Judgment in a Civil Case in accordance with the court's order of March 20, 2008.

3) Rule 54(d)(2) of the Federal Rules of Civil Procedure require that a Motion for Attorney Fees be filed and served 14 days after judgment.  However, Local Rule 54-293(a) of the Rules for the United States District Court for the Eastern District of California provides that application and/or motion for attorneys' fees to a prevailing party shall be filed not later than 30 days after entry of final judgment.

4) Rule 4(a)(1)(A) of the Federal Rules of Appellate Procedure provide for the filing of the notice of appeal in a district court within 30 days after judgment.  However, Rule 4(a)(5) provides that the district court may extend the time to file a notice of appeal if a party moves for such an extension within 30 days and that party shows good cause.

5) If no stipulation and/order is executed, defendant is required to file its motion for attorney fees and plaintiff is required to file a notice of appeal, no later than April 20, 2008.

**STIPULATION**

1)  The parties to the above captioned matter, by and through their attorneys of record, have discussed a potential resolution of this matter.

2)  If the resolution discussed by counsel is agreed to by their respective clients, there will be no desire by plaintiff to file and prosecute an appeal in this matter.

3)  In addition, if the resolution discussed by counsel is agreed to by their respective clients, there will be no desire by defendant to pursue its attorneys' fees from plaintiff.

4)  Plaintiff has requested additional time to evaluate the potential resolution proposed by defendants in this matter.

**STIPULATION AND REQUEST FOR ORDER EXTENDING PLAINTIFF'S TIME TO FILE A NOTICE OF APPEAL AND EXTENDING DEFENDANT'S TIME TO FILE A MOTION FOR ATTORNEY FEES**

2

5) Defendant is agreeable to give plaintiff additional time to evaluate the potential resolution proposed and, as long as it is not precluded from bringing its motion for attorney fees at a later time if plaintiff does not accept the proposed resolution.

6) The undersigned counsel believe that the Local Rules for the United States District Court for the Eastern District of California and the Federal Rules of Civil Procedure, permit the parties, by and through their counsel, to enter into a binding stipulation which would extend plaintiff's time to file a notice of appeal to a date which is no more than 30 days beyond April 20, 2008.

7) The undersigned counsel believe that the Local Rules for the United States District Court for the Eastern District of California and the Federal Rules of Civil Procedure, permit the parties, by and through their counsel, to enter into a binding stipulation which would extend defendant's time to file a motion for attorney fees to a date which is no more than 30 days beyond April 20, 2008.

8) Based on the preceding recitals, the undersigned counsel believe that good cause exists for the parties to mutually extend the time for their respective clients to file either a notice of appeal and/or a motion for attorney fees.

9) By executing this Stipulation, counsel, on behalf of their respective clients, agree and stipulate that defendant NWML shall have up through and including May 20, 2008 to file and serve a motion for attorney fees, should such a motion be necessary; and

10) By executing this Stipulation, counsel, on behalf of their respective clients, agree and stipulate that plaintiff Barbara Ekno, shall have up through and including May 20, 2008 to file a notice of appeal, should it be necessary.

11) The parties agree that this Stipulation shall not become effective unless and until it is approved by the court.

\\\

\\\

**STIPULATION AND REQUEST FOR ORDER EXTENDING PLAINTIFF'S TIME TO FILE A NOTICE OF APPEAL AND EXTENDING DEFENDANT'S TIME TO FILE A MOTION FOR ATTORNEY FEES**

3

1 | Dated:                      Buchanan Angeli Altschul, LLP

By _____
    Andrew Altschul, Esq.
    Attorneys for defendant NWML

Dated:                      Law Office of Daniel S. Glass

By _____/s/ Daniel S. Glass_____
    Daniel S. Glass, Esq.,
    Attorney for plaintiff Barbara Ekno

IT IS SO ORDERED:

DATED: April 15, 2008

By /s/ Ralph R. Beistline
    Hon. Ralph R. Beistline
    United States District Judge